# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OHIO, et al.,<br><br>*Petitioners,*<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>*Respondents.* | No. 22-1081<br>(and consolidated cases) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Undersigned counsel for Petitioners Clean Fuels Development Coalition, ICM, Inc., Illinois Corn Growers Association, Kansas Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, and Valero Renewable Fuels Company, LLC hereby give notice that attorney C. Boyden Gray passed away on May 21, 2023, and therefore should be terminated as an attorney in this action. Petitioners continue to be represented by other attorneys who have appeared in this case.

Dated: July 18, 2023

Respectfully Submitted,

/s/ Michael Buschbacher
Michael Buschbacher
BOYDEN GRAY & ASSOCIATES PLLC
801 17th Street NW, Suite 350
Washington, DC 20006
202-955-0620 (telephone)
202-955-0621 (fax)
buschbacher@boydengrayassociates.com

*Counsel for Petitioners Clean Fuels Development Coalition, ICM, Inc., Illinois Corn Growers Association, Kansas Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, and Valero Renewable Fuels Company, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on July 18, 2023.

All participants in the case are registered CM/ECF users and will be served by the CM/EMF system.

Dated: July 18, 2023

/s/ Michael Buschbacher
BOYDEN GRAY & ASSOCIATES PLLC
801 17th Street NW, Suite 350
Washington, DC 20006
202-955-0620