IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> EPA, *et al.*, <br><br> Respondents. | No. 22-1084 (and consolidated cases) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that the undersigned counsel, Michael J. Fischer, withdraws his appearance for the Commonwealth of Pennsylvania, Intervenor for Respondent in Nos. 22-1084 and 22-1085. Ann Johnston continues to represent the Commonwealth of Pennsylvania in this matter.

Dated: March 18, 2024

Respectfully Submitted,

*/s Michael J. Fischer*
MICHAEL J. FISCHER
Executive Deputy General Counsel
Governor's Office of General Counsel
333 Market St., 17th Floor
Harrisburg, PA 17101
(717) 831-2847
mjfischer@pa.gov

## CERTIFICATE OF SERVICE

I certify that on this 18th day of March, 2024, the foregoing document was filed via CM/ECF. Service was accomplished on all parties or their counsel of record via CM/ECF.

*/s Michael J. Fischer*
Michael J. Fischer
