# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF OHIO, *et al*,<br><br>    Petitioners,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>    Respondents. | No. 22-1081<br>(and consolidated cases) |

## NOTICE OF ATTORNEY WITHDRAWAL

The undersigned attorney for Petitioner State of Oklahoma, Bryan Cleveland, has left employment at the Oklahoma Attorney General's Office and hereby withdraws from this case. Attorneys from the Oklahoma Attorney General's Office have entered appearances and will continue to represent the State of Oklahoma in this case.

Dated: April 15, 2024                                     Respectfully submitted,

                                                                            */s/ Bryan Cleveland*
                                                                            BRYAN CLEVELAND (OK #33860)
                                                                            EdChoice Legal Advocates
                                                                            111 Monument Circle, Suite 2650
                                                                            Indianapolis, IN 46204
                                                                            (317) 986-8658
                                                                            bcleveland@edchoice.org

## CERTIFICATE OF SERVICE

I certify that on April 15, 2024, I filed the foregoing motion with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all registered counsel of record.

                                                                            */s/ Bryan Cleveland*
                                                                            BRYAN CLEVELAND