No. 22-1081

# In the United States Court of Appeals for the District of Columbia Circuit

STATE OF OHIO, ET AL.,
*Petitioners,*

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL.,
*Respondents,*

ADVANCED ENERGY UNITED, ET AL.,
*Intervenors.*

On Petition for Review from the United States
Environmental Protection Agency
(No. EPA-HQ-OAR-2021-0257)

**MOTION TO WITHDRAW**

Eric J. Hamilton, counsel for Petitioner State of Nebraska, respectfully moves this Court to withdraw as counsel of record in this matter. Mr. Hamilton will depart the Office of the Attorney General on January 24, 2025. Petitioner State of Nebraska will continue to be represented by Grant D. Strobl.

Dated: January 23, 2025

MICHAEL T. HILGERS
Attorney General of Nebraska

Nebraska Department of Justice
2115 State Capitol
Lincoln, Nebraska 68509
Tel.: (402) 471-2683
Fax: (402) 471-3297

Respectfully submitted.

/s/ Eric J. Hamilton
ERIC J. HAMILTON
Solicitor General
eric.hamilton@nebraska.gov

Counsel for Petitioner State of Nebraska

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 49 words, excluding the parts of the brief exempted by Rule 32(f); and (2) the typeface requirements of Rule 27(d)(1)(E) and Rule 32(a)(5) and the type-style requirements of Rule 27(d)(1)(E) and Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word (the same program used to calculate the word count).

/s/ Eric J. Hamilton
ERIC J. HAMILTON

## Certificate of Service

On January 23, 2025, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that the document has been scanned for viruses and is free of viruses.

/s/ Eric J. Hamilton
Eric J. Hamilton
