No. 22-1081 September Term, 2025

EPA-87FR14332

Filed On: October 10, 2025

State of Ohio, et al.,

    Petitioners

v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator of the U.S. Environmental
Protection Agency,

    Respondents

------------------------------

Advanced Energy United, et al.,
    Intervenors

------------------------------

Consolidated with 22-1083, 22-1084, 22-1085

**BEFORE:** Wilkins, Childs, and Garcia, Circuit Judges

## O R D E R

Upon consideration of respondents' motion for an extension in light of lapse of appropriations, it is

**ORDERED** that the motion be granted. The parties' deadline to file motions to govern is extended to the later of (1) two weeks after appropriations are restored, or (2) November 20, 2025.

### Per Curiam

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:    /s/
                Daniel J. Reidy
                Deputy Clerk