# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CLEAN FUELS DEVELOPMENT COALITION, *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> *Respondent*. | No. 22-1085 <br> (and consolidated cases) |

## NOTICE OF WITHDRAWAL OF JONATHAN BERRY AS COUNSEL

Jonathan Berry will be leaving his employment with Boyden Gray PLLC and hereby respectfully requests that he be withdrawn as counsel for Petitioners Clean Fuels Development Coalition, ICM, Inc., Illinois Corn Growers Association, Kansas Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, and Valero Renewable Fuels Company, LLC. Petitioners will continue to be represented by Michael Buschbacher of Boyden Gray PLLC, who has entered an appearance in this case.

1

Dated: October 17, 2025    Respectfully submitted,

*/s/ Jonathan Berry*
Jonathan Berry
  (DC Bar No. 1016352)
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
202-955-0618
jberry@boydengray.com

*Counsel for Petitioners Clean Fuels Development Coalition, ICM, Inc., Illinois Corn Growers Association, Kansas Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, and Valero Renewable Fuels Company, LLC*

# CERTIFICATE OF SERVICE

I certify that on October 17, 2025, I filed the foregoing notice with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all registered counsel of record.

*/s/ Jonathan Berry*
Jonathan Berry
